AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia

FILED
U.S. DISTRICT COURT

2009 MAR 13 P 2: 58

CLERK _BMcCarthy_

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: CR103-00087-001 |
| Rodriguez Dewayne Stewart ) | USM No: 11799-021 |
| Date of Previous Judgment: May 25, 2004 ) | William Sussman |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  [X] DENIED.  [ ] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 34 | Amended Offense Level: | 34 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 262 to 327 months | Amended Guideline Range: | 262 to 327 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[ ] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[X] Other (explain):  The amendment to the crack cocaine guideline does not result in a change to the defendant's advisory guideline range as he is a career offender. The defendant's guidelines offense level are determined pursuant to the provisions of U.S.S.G. § 4B1.1.

**III. ADDITIONAL COMMENTS**
The Court considered the facts of this case and all relevant factors of 18 U.S.C. § 3553(a), specifically deterrence, punishment, and protection of the community, when determining the appropriate sentence in this case.

Except as provided above, all provisions of the judgment dated May 25, 2004, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: March 13, 2009

_____
Judge's signature

Dudley H. Bowen, Jr.
United States District Judge

Effective Date: _____
(if different from order date)                                     Printed name and title